IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

**SAMUEL HAYWOOD MYLES,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　Civil Action No. 2:07cv43
　　　　　　　　　　　　　　　　　　　　　　(Judge Maxwell)

**CHAPLAIN WALLACE,**
**CHAPLAIN KOWALEZYK,**
**CHAPLAIN ELLIOTT,**

    **Defendants.**

## ORDER GRANTING MOTION TO AMEND

On June 1, 2007, the *pro se* plaintiff, Samuel Myles, an inmate at USP Hazelton, filed a Bivens action. On July 12, 2007, he filed a Motion to Amend/Correct.

Federal Rue of Civil Procedure 15(a) provides that "a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served... Otherwise a party may amend the party's pleading only by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires.

Here, a review of the file shows that no responsive pleading has been served. Thus, the plaintiff's Motion to Amend/Correct (Doc.8) is GRANTED as a matter of course.

IT IS SO ORDERED.

The Clerk is directed to mail a copy of this Order to the plaintiff at his last known address

1

as reflected on the docket sheet.

    DATED: August 21, 2007

    /s/ James E. Seibert
JAMES E. SEIBERT
UNITED STATES MAGISTRATE JUDGE